IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01007-WYD-OES

JEREE QUINTREQUEO, individually and on behalf and for the benefit of her minor children Jaden Jorge Quintrequeo, Cydnee Rosa Quintrequeo, Alexee Juana Quintrequeo, and Lucas Lorenzo Quintrequeo;
JADEN JORGE QUINTREQUEO, through his mother and next friend JeRee Quintrequeo;
CYDNEE ROSA QUINTREQUEO, through her mother and next friend JeRee Quintrequeo;
ALEXEE JUANA QUINTREQUEO, through her mother and next friend JeRee Quintrequeo;
LUCAS LORENZO QUINTREQUEO, through his mother and next friend JeRee Quintrequeo;
LORENZO QUINTREQUEO, individually; and
ROSA MILLAFIL, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware Corporation,

    Defendant.
_____

**ORDER**
_____

On December 14, 2004, Plaintiffs filed a Status Report Re: Settlement.  In that Report, Plaintiffs stated that a settlement agreement had been reached with Ford Motor Company.  However, no stipulated dismissal papers were ever filed with the Court. Plaintiffs shall file either the appropriate documents for dismissal or contact the Court's Chambers by telephone to set a trial date by **Friday, December 2, 2005,** or the case will be dismissed without further notice to the parties.

Dated: November 17, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge