IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01007-WYD-OES

JEREE QUINTREQUEO, individually and on behalf and for the benefit of her minor children Jaden Jorge Quintrequeo, Cydnee Rosa Quintrequeo, Alexee Juana Quintrequeo, and Lucas Lorenzo Quintrequeo;
JADEN JORGE QUINTREQUEO, through his mother and next friend JeRee Quintrequeo;
CYDNEE ROSA QUINTREQUEO, through her mother and next friend JeRee Quintrequeo;
ALEXEE JUANA QUINTREQUEO, through her mother and next friend JeRee Quintrequeo;
LUCAS LORENZO QUINTREQUEO, through his mother and next friend JeRee Quintrequeo;
LORENZO QUINTREQUEO, individually; and
ROSA MILLAFIL, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware Corporation,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on a Joint Motion of the Plaintiffs and Ford Motor Company for Dismissal of Ford Motor Company with Prejudice (#62), filed December 1, 2005.  Having reviewed the Motion and being otherwise fully advised, it is

    ORDERED that the Joint Motion of the Plaintiffs and Ford Motor Company for Dismissal of Ford Motor Company with Prejudice is **GRANTED**.  It is

    FURTHER ORDERED that the claims and causes of action asserted against

Defendant Ford Motor Company are **DISMISSED WITH PREJUDICE**, both sides to bear their own attorneys' fees and costs.

Dated:  December 5, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge